IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER J. GARRETT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 3:16cv558-MHT |
| | ) | (WO) |
| OFFICER CHRISTOPHER | ) | |
| COCHRAN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 9) is adopted, with the exception set forth in the opinion entered today.

(2) All claims against defendant Roanoke Police Department are dismissed with prejudice, and the Roanoke Police Department is terminated as a party to this case.

(3) The claims against defendant City of Roanoke are dismissed without prejudice and with leave to amend the complaint by October 5, 2016.  However, should no motion for leave to amend the complaint be filed within the time allowed, the dismissal shall be with prejudice, and the City of Roanoke shall be terminated as a party.

It is further ORDERED that no costs are taxed.

This case is not closed, and is referred back to the Magistrate Judge for further proceedings.

DONE, this the 14th day of September, 2016.

                                           /s/ Myron H. Thompson
                                          **UNITED STATES DISTRICT JUDGE**