IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER J. GARRETT,      )<br>                              )<br>    Plaintiff,             )<br>                              )<br>    v.                        )<br>                              )<br>OFFICER CHRISTOPHER           )<br>COCHRAN and THE CITY OF       )<br>ROANOKE,                      )<br>                              )<br>    Defendants.               ) | CIVIL ACTION NO.<br>3:16cv558-MHT<br>(WO) |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, who is incarcerated in the Randolph County Jail, filed this lawsuit complaining about being subjected to excessive force by defendant police officer Christopher Cochran. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 23rd day of February, 2017.

                                          /s/ Myron H. Thompson  
                                    **UNITED STATES DISTRICT JUDGE**